**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 06-447T |
| FLEET CONSTRUCTION CO., INC.,<br>Defendant. | : | |

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Voluntary Dismissal on September 14, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens